**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                      NO. 4:06CR00407-03 JLH

JEREMY TREMAYNE MCEWEN                                                            DEFENDANT

**ORDER**

Defendant was arrested on August 8, 2011, and subsequently appeared before United States Magistrate Judge Joe J. Volpe on August 9, 2011, for an initial appearance. Prior to his appearance before the magistrate, defendant tested positive for narcotics and admitted to recent use. Judge Volpe directed defendant be detained until his drug tests were negative. The Court has now been informed by the United States Probation Officer that McEwen's drug test is negative.

IT IS THEREFORE ORDERED that the hearing on the government's Motion to Revoke Supervised Release is hereby scheduled to begin on ***THURSDAY, SEPTEMBER 8, 2011, at 10:00 a.m.***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas to show cause why the supervised release previously imposed should not be revoked. Document #71.

IT IS SO ORDERED this 31st day of August, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE