**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          NO. 4:06CR00407-03 JLH

JEREMY TREMAYNE MCEWEN                                                              DEFENDANT

**ORDER**

The Court conducted a hearing on Thursday, September 8, 2011, to address the pending motion to revoke supervised release of defendant Jeremy Tremayne McEwen. Assistant United States Attorney Linda Lipe was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Justin Eisele, standing in for Assistant Federal Public Defender Molly Sullivan. United States Probation Officer Michelle Sims was also present.

Upon inquiry from the Court, the defendant did not contest the allegations contained in the motion to revoke. Following statements from counsel and the defendant, the Court found that the motion to revoke should be denied, and instead determined that defendant's current conditions of supervised release should be modified. Document #71.

IT IS THEREFORE ORDERED that defendant Jeremy Tremayne McEwen's conditions of supervised release are hereby modified to include the following:

• Placement in a residential reentry facility for a <u>term of six (6) months</u>.

• Defendant will remain in the custody of the United States Marshal until bed space becomes available at the assigned residential reentry facility.

All other conditions of supervised release remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 8th day of September, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE